UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM DAVID COLEMAN,<br><br>        Defendant. | NO. CR-09-96-FVS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION **(Ct. Rec. 23)** |

On August 31, 2009, this court held a bail review hearing. Stephanie Van Marter appeared for the government and Defendant was present with counsel Christina Hunt. The defendant agreed to this hearing proceeding via video conference.

Counsel for the defendant moved for reconsideration of detention.

The Court having heard argument from counsel.

Based on the information presented, the lack of a substance abuse evaluation and taking into account the crime charged and the defendant allegedly having possession of drugs as well as shots being fired before the police arrived at the residence at the time of his arrest, the Court **DENIED** the defendant's motion for reconsideration. **(Ct. Rec. 23)**. This matter may be brought before the court for reconsideration should circumstances change or more information becomes available.

**IT IS SO ORDERED.**

DATED this 1st day of September, 2009.

                                            s/James P. Hutton
                                            JAMES P. HUTTON
                                UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION